UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC DOTSON CERTENBERG, *et al.*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-1495 |
| | § | |
| TERRACES SYNDICATE LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

This case was removed to this Court from a Texas state court in Galveston County, Texas. (Dkt. 1). 28 U.S.C. § 1441(a) provides that a civil case "may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Galveston County, Texas is embraced by the United States District Court for the Southern District of Texas, Galveston Division. *See* 28 U.S.C. § 124(b)(1). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Southern District of Texas, Galveston Division.

SIGNED at Houston, Texas on April 3, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1